Sarah A. Sullivan
Alexander L. Callo
SAUL EWING LLP
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102
(973) 286-6700
sarah.sullivan@saul.com
alexander.callo@saul.com

Aric Wu (*pro hac vice*)
Brian M. French (*pro hac vice*)
COOLEY LLP
55 Hudson Yards
New York, NY 10001
(212) 479-6000
ahwu@cooley.com
bfrench@cooley.com

*Attorneys for Defendants*
*Cooley LLP, Matt Hallinan, Michael Tu,*
*Alexandra Mayhugh, and Han Wang*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| GOULD VENTURES, LLC and JASON GOULD,<br><br>Plaintiffs,<br><br>v.<br><br>COOLEY LLP, MATT HALLINAN, ESQ., MICHAEL TU, ESQ., ALEXANDRA MAYHUGH, ESQ., HAN WANG, ESQ., and DOES 1-20 inclusive,<br><br>Defendants. | Civil Action No. 24-9485 (RK)(TJB)<br><br>Motion Day: April 7, 2025<br><br>(Filed Electronically)<br><br>**ORAL ARGUMENT REQUESTED** |

## NOTICE OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Complaint, Declaration of Sarah A. Sullivan and accompanying exhibits, and all other papers and proceedings herein, Defendants Cooley LLP, Matt

Hallinan, Michael Tu, Alexandra Mayhugh, and Han Wang, by and through their attorneys, will move this Court, before the Honorable Robert Kirsch, on a date and time designated by this Court, for an Order dismissing the Complaint, ECF No. 1, with prejudice, for failure to state a claim and failure to satisfy the applicable pleading requirements under the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 *et seq.*

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 7.1(e), a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is hereby requested.

Dated: February 7, 2025

Respectfully submitted,

SAUL EWING LLP

By: s/ Sarah A. Sullivan
Sarah A. Sullivan
Alexander L. Callo
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102
(973) 286-6700
sarah.sullivan@saul.com
alexander.callo@saul.com

Aric Wu (*pro hac vice*)
Brian M. French (*pro hac vice*)
COOLEY LLP
55 Hudson Yards
New York, NY 10001
(212) 479-6000
ahwu@cooley.com
bfrench@cooley.com

*Attorneys for Defendants Cooley LLP, Matt Hallinan, Michael Tu, Alexandra Mayhugh, and Han Wang*