**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| GOULD VENTURES, LLC and JASON GOULD,<br>Plaintiffs,<br>v.<br>COOLEY LLP, MATT HALLINAN, ESQ., HAN WANG, ESQ., and DOES 1-20 inclusive,<br>Defendants. | Civil Action No. 24-9485 (RK)(TJB)<br><br>(Filed Electronically) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Gould Ventures, LLC and Jason Gould, and Defendants Cooley LLP, Matt Hallinan, Han Wang, and Does 1-20, by and through their undersigned counsel, who are duly authorized to enter this Stipulation, having reached an agreement to resolve the matters at issue in the above-captioned action, hereby stipulate and agree to dismiss with prejudice this action and all claims asserted herein, with each party to bear its own attorneys' fees and costs.

Dated: September 3, 2026


Kathleen DalCortivo

Kathleen M. DalCortivo
DALCORTIVO LAW OFFICES, LLC
680 Hooper Avenue, Building A, Suite 101
Toms River, NJ 08753
(732) 286-0100
kdalcortivo@kmd-law.com

*Attorney for Plaintiffs*

s/ Sarah A. Sullivan

Sarah A. Sullivan
Alexander L. Callo
SAUL EWING LLP
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102
(973) 286-6700
sarah.sullivan@saul.com
alexander.callo@saul.com

Brian M. French (*pro hac vice*)
COOLEY LLP
55 Hudson Yards
New York, NY 10001
(212) 479-6000
bfrench@cooley.com

*Attorneys for Defendants*

It is ordered that the Clerk of the Court is to reopen this action and upon entry of this Order, the case and the docket shall be marked CLOSED.

**SO ORDERED**

**Robert Kirsch, U.S.D.J.**
**Date:** September 9, 2026